IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANDRA GARCIA,

    Plaintiff,

v.                                                                              NO. 17-cv-01031 MV/SMV

NANCY BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY

    Defendant

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION TO REVERSE AND/OR REMAND

Upon consideration of Plaintiff Stipulated Motion for Extension of Time to File her Motion to Reverse and/or Remand (Doc. 20), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well-taken and GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have until June 20, 2018 to file her Motion to Reverse and/or Remand; Defendant shall have until August 20, 2018 to file a Response, and Plaintiff shall have until September 14, 2018 to file a reply.

                                                BY THE COURT:

                                                _____
                                                Hon. Stephan M. Vidmar,
                                                United States District Court

SUBMITTED AND APPROVED BY:

*/s/ 06/01/2018*                                       */s/ 06/01/2018* by email

_____     _____
Benjamin E. Decker                                Ms. Jennifer Randall
Attorney for the Plaintiff                       Special Assistant United States Attorney