# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**SANDRA J. GARCIA,**

    **Plaintiff,**

    vs.                                    CIV. NO. 1:17-cv-01031-SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

## STIPULATED ORDER

Pursuant to the parties' Stipulated Motion to Expunge All Copies of the Administrative Record, **IT IS HEREBY ORDERED** that

    1.    All copies of the Certified Administrative Record filed on April 10, 2018 (ECF No. 16) in the possession of the Plaintiff's attorney, the Assistant United States Attorney, and the agency attorney assigned to this case will be destroyed.

    2.    All hard copies and electronic copies of the Certified Administrative Record filed April 10, 2018 (ECF No. 16) will be destroyed by the Court, including the documents available via the CM/ECF system.

    3.    The Commissioner will file a Modified Certified Administrative Record with appropriate redactions. The Modified Certified Administrative Record will reflect that pages 411-15 pertained to individuals other than Plaintiff and have been removed.

    4.    Pages 411-15 in the Certified Administrative Record filed on April 10, 2018 (ECF No. 16) will not be disclosed to anyone.

5. The inadvertent inclusion of pages 411-15 in the Certified Administrative Record filed on April 10, 2018 (ECF No. 16) will not be a basis for claimed error.

Dated this _9th_ day of August 2018.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,


By: /s/ Jennifer A. Randall
JENNIFER A. RANDALL
Special Assistant United States Attorney
Attorneys for Defendant

By: /s/ Benjamin E. Decker
BENJAMIN E. Decker
Attorney for Plaintiff