## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**SANDRA GARCIA,**

    Plaintiff,

v.                                                    No. 17-cv-1031 SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security Administration,**

    Defendant.

## **JUDGMENT**

Having granted Plaintiff's Motion to Reverse or Remand [Doc. 24] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**